

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2019

No. 04-19-00379-CV

**INTEREST OF D.J., ET AL., CHILDREN**,
Appellant

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01753
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The court reporter has filed a notification of late reporter's record, requesting an extension to July 10, 2019. We grant her request and ORDER her to file the reporter's record on or before July 10, 2019.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court